No. 79–1371. FOSTER, DBA SNO-WHITE DRIVE IN, INC., ET AL. *v.* LAWRENCE T. LASAGNA, INC. C. A. 9th Cir. Certiorari denied.

No. 79–1372. ALDENS, INC. *v.* MILLER, ATTORNEY GENERAL OF IOWA. C. A. 8th Cir. Certiorari denied.

No. 79–1378. ROSARIO ET AL. *v.* AMALGAMATED LADIES' GARMENT CUTTERS' UNION, LOCAL 10, I.L.G.W.U., ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1452. BILLINGSLEY ET UX. *v.* LAWSON, SUBSTITUTE TRUSTEE, ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 79–1468. SEYFARTH *v.* LOVRET. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–1504. LABUS ET AL. *v.* UNITED STATES; and
No. 79–1516. BRIEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 617 F. 2d 299.

No. 79–1507. BASEY *v.* UNITED STATES; and
No. 79–1526. RAMSEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 613 F. 2d 198.

No. 79–1521. BREGER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–1529. AMEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–5703. BRYANT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5858. WALLS *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.